UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Michael Wayne,

        Petitioner,

vs.                                 ORDER ADOPTING
                                  REPORT AND RECOMMENDATION

State of Minnesota,

        Respondent.                   Civ. No. 09-652 (MJD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That the Petition for a Writ of Habeas Corpus [Docket No. 1] is denied.

2. That the Petitioner's Application for leave to proceed in forma pauperis [Docket No. 2] is denied, as moot.

3. That this action is summarily dismissed, without prejudice, for want of subject matter jurisdiction.

DATED: April 6, 2009                          s/Michael J. Davis
At Minneapolis, Minnesota               Michael J. Davis, Chief Judge
                                                United States District Court